Reade, J.
 

 The defendant could not discharge himself from suffering the judgment of the court by escaping from the •custody of the Sheriff, whether that escape was voluntary or involuntary on the part of the Sheriff. Nor was he discharged by the consideration that the Sheriff may have laid himself liable to pay the fine and costs. When it came to the knowledge of the court that the defendant had not suffered the judgment, it was proper to order process of arrest against him, and upon his appearance in court, to order the •execution of its former judgment.
 

 It was therefore error in his Honor to discharge the defendant under the idea that the process for his re-arrest was unauthorized. If there had been no process at all, it would have been proper for the court to order him into custody (he being in court) and to order the execution of its judgment.
 
 State
 
 v.
 
 Cockerham, 2
 
 Ire., 204.
 

 There is error. Let this be certified, &c.
 

 Per Curiam. Order accordingly.